IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 14-09437 |
| | ) | |
| Toy Diane Canada | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Timothy A. Barnes |
| | ) | |

## NOTICE OF WITHDRAWAL OF RESPONSE TO THE NOTICE OF FINAL CURE PAYMENT

NOW COMES Ditech Financial LLC f/k/a Green Tree Servicing LLC, by and through its attorney, McCalla Raymer Leibert Pierce, LLC, and respectfully moves this Court to allow it to withdraw the Response to the Notice of Final Cure Payment filed on April 26, 2019 by our firm.

Response to the Notice of Final Cure Payment Filed Date:   April 26, 2019

Response to the Notice of Final Cure Payment Claim Number:   Claim #13

.

                      Respectfully Submitted,
                      JPMorgan Chase Bank,
                      National Association

                      */s/Toni   Townsend*
                      Toni   Townsend
                      ARDC# 6289370

McCalla Raymer Leibert Pierce, LLC
Attorneys for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
(312) 551-4400 (fax)
**Bankruptcy Department**
File No. GTFS-19-01239

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 14-09437 |
| | ) | |
| Toy Diane Canada | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Timothy A. Barnes |
| | ) | |

**CERTIFICATE OF SERVICE**

TO:   SEE ATTACHED ADDRESSES

**CERTIFICATION**

I, the undersigned Attorney, certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 N. Dearborn Suite 1200, Chicago, IL 60602 at 5:00 P.M. on April 30, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

*/s/Toni   Townsend*
Toni   Townsend
ARDC# 6289370

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

File No. GTFS-19-01239

## SERVICE LIST

To Trustee:  *by Electronic Notice through ECF*
Marilyn O. Marshall
224 South Michigan, Suite 800
Chicago, IL 60604


To Debtor:
Toy Diane Canada  *Served via U.S. Mail*
5100 North Marine Drive # 5M
Chicago, IL 60640


To Attorney:  *by Electronic Notice through ECF*
Jonathan D Parker
Geraci Law L.L.C.
55 East Monroe Street Suite #3400
Chicago, IL 60603


McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
File No. BK-005843-17